JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY -8 2006

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

FILED
CLERK'S OFFICE

DOCKET 2006 JUN 5 PM 2: 04

OFFICE OF THE CLERK

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*

4:06CV3064

*David Huff v. Pfizer Inc., et al.*, M.D. Florida, C.A. No. 8:06-160
*James Bundoff, et al. v. Pfizer Inc.*, E.D. Michigan, C.A. No. 1:05-10317
*Dale Wayne Henderson, etc. v. Pfizer Inc., et al.*, D. Nebraska, C.A. No. 4:06-3064
*Debra Johnson Alsberge, etc. Pfizer Inc., et al.*, W.D. Washington, C.A. No. 3:06-5197

### CONDITIONAL TRANSFER ORDER (CTO-23)

On October 26, 2004, the Panel transferred 23 civil actions to the United States District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 125 additional actions have been transferred to the District of Massachusetts. With the consent of that court, all such actions have been assigned to the Honorable Patti B. Saris.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the District of Massachusetts and assigned to Judge Saris.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Massachusetts for the reasons stated in the order of October 26, 2004, 342 F.Supp.2d 1350 (J.P.M.L. 2004), and, with the consent of that court, assigned to the Honorable Patti B. Saris.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Massachusetts. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

MAY 2 4 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

# INVOLVED COUNSEL LIST (CTO-23)
## DOCKET NO. 1629
## IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Scott William Anderson
Shook, Hardy & Bacon, LLP
100 N. Tampa Street
Suite 2900
P.O. Box 898
Tampa, FL 33602

Derek T. Braslow
Cuneo, Pogust & Mason, LLP
161 Washington Street
Suite 1520
Conshohocken, PA 19428

Daniel M. Cohen
Cuneo Gilbert & LaDuca, LLP
507 C Street, NE
Washington, DC 20002

Barbara L. Hosford
1910 South 72nd Street
Suite 210
Omaha, NE 68124

Stephen N. Leuchtman
Ravid Association
23855 Northwestern Highway
Southfield, MI 48075-7713

Charles D. Miller
Garan Locow
1000 Woodbridge Street
Detroit, MI 48207-3192

James P. Rouhandeh
Davis, Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Thomas M. Sobol
Hagens Berman Sobol Shapiro, LLP
One Main Street
4th Floor
Cambridge, MA 02142

John R. Wilson
Rush, Hannula, Harkins & Kyler, LLP
4701 South 19th Street
Suite 300
Tacoma, WA 98405