# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

**DIRECT REPLY TO:**
Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax: [202] 502-2888

http://www.jpml.uscourts.gov

May 24, 2006

Sarah Thornton, Clerk
Clerk's Office - Attn: Sherry Jones
U.S. Courthouse
595 Main Street
Worcester, MA 01608

Re: MDL-1629 -- In re Neurontin Marketing, Sales Practices and Products Liability Litigation

*David Huff v. Pfizer Inc., et al.*, M.D. Florida, C.A. No. 8:06-160
*James Bundoff, et al. v. Pfizer Inc.*, E.D. Michigan, C.A. No. 1:05-10317
*Dale Wayne Henderson, etc. v. Pfizer Inc., et al.*, D. Nebraska, C.A. No. 4:06-3064
*Debra Johnson Alsberge, etc. Pfizer Inc., et al.*, W.D. Washington, C.A. No. 3:06-5197

Dear Ms. Thornton:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on May 8, 2006. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By Dana L. Stewart
Deputy Clerk

Attachment

cc: Transferee Judge: Judge Patti B. Saris
Transferor Judges: Judge Robert J. Bryan; Judge Susan C. Bucklew; Judge Richard G. Kopf; Judge David M. Lawson
Transferor Clerks: Sheryl L. Loesch; Denise Lucks; Bruce Rifkin; David J. Weaver

JPML Form 36

A CERTIFIED TRUE COPY

MAY 24 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY -8 2006

FILED
CLERK'S OFFICE

DOCKET NO. 1629

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*

*David Huff v. Pfizer Inc., et al.*, M.D. Florida, C.A. No. 8:06-160
*James Bundoff, et al. v. Pfizer Inc.*, E.D. Michigan, C.A. No. 1:05-10317
*Dale Wayne Henderson, etc. v. Pfizer Inc., et al.*, D. Nebraska, C.A. No. 4:06-3064
*Debra Johnson Alsberge, etc. Pfizer Inc., et al.*, W.D. Washington, C.A. No. 3:06-5197

## CONDITIONAL TRANSFER ORDER (CTO-23)

On October 26, 2004, the Panel transferred 23 civil actions to the United States District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 125 additional actions have been transferred to the District of Massachusetts. With the consent of that court, all such actions have been assigned to the Honorable Patti B. Saris.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the District of Massachusetts and assigned to Judge Saris.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Massachusetts for the reasons stated in the order of October 26, 2004, 342 F.Supp.2d 1350 (J.P.M.L. 2004), and, with the consent of that court, assigned to the Honorable Patti B. Saris.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Massachusetts. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAY 24 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY -8 2006

FILED
CLERK'S OFFICE

DOCKET NO. 1629

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

*David Huff v. Pfizer Inc., et al.*, M.D. Florida, C.A. No. 8:06-160
*James Bundoff, et al. v. Pfizer Inc.*, E.D. Michigan, C.A. No. 1:05-10317
*Dale Wayne Henderson, etc. v. Pfizer Inc., et al.*, D. Nebraska, C.A. No. 4:06-3064
*Debra Johnson Alsberge, etc. Pfizer Inc., et al.*, W.D. Washington, C.A. No. 3:06-5197

## CONDITIONAL TRANSFER ORDER (CTO-23)

On October 26, 2004, the Panel transferred 23 civil actions to the United States District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 125 additional actions have been transferred to the District of Massachusetts. With the consent of that court, all such actions have been assigned to the Honorable Patti B. Saris.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the District of Massachusetts and assigned to Judge Saris.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Massachusetts for the reasons stated in the order of October 26, 2004, 342 F.Supp.2d 1350 (J.P.M.L. 2004), and, with the consent of that court, assigned to the Honorable Patti B. Saris.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Massachusetts. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAY 2 4 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

# INVOLVED COUNSEL LIST (CTO-23)
## DOCKET NO. 1629
## IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Scott William Anderson
Shook, Hardy & Bacon, LLP
100 N. Tampa Street
Suite 2900
P.O. Box 898
Tampa, FL 33602

Derek T. Braslow
Cuneo, Pogust & Mason, LLP
161 Washington Street
Suite 1520
Conshohocken, PA 19428

Daniel M. Cohen
Cuneo Gilbert & LaDuca, LLP
507 C Street, NE
Washington, DC 20002

Barbara L. Hosford
1910 South 72nd Street
Suite 210
Omaha, NE 68124

Stephen N. Leuchtman
Ravid Association
23855 Northwestern Highway
Southfield, MI 48075-7713

Charles D. Miller
Garan Locow
1000 Woodbridge Street
Detroit, MI 48207-3192

James P. Rouhandeh
Davis, Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Thomas M. Sobol
Hagens Berman Sobol Shapiro, LLP
One Main Street
4th Floor
Cambridge, MA 02142

John R. Wilson
Rush, Hannula, Harkins & Kyler, LLP
4701 South 19th Street
Suite 300
Tacoma, WA 98405

I hereby certify on 6/1/06 that the foregoing document is true and correct copy of the
☐ electronic docket in the captioned case
☐ electronically filed original filed on
☑ original filed in my office on 5/3/06
Sarah A. Thornton
Clerk, U.S. District Court
District of Massachusetts
By: Kathleen Grassitti
Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE NEURONTIN

Civil Action No. 04-10981-PBS
MDL No. 1629

ORDER OF CONSOLIDATION

July 20, 2005

SOROKIN, M.J.

In order to facilitate the orderly management of the Neurontin related litigation the Court enters the following Order.

1. All cases presently pending in this Court that were transferred by the MDL to this Court under MDL Docket Number 1629 are hereby consolidated into In Re Neurontin, C.A. No. 04-10981-PBS.

2. All cases transferred to this Court in the future under MDL Docket Number 1629 are to be consolidated into In Re Neurontin, C.A. No. 04-10981-PBS without further order of this Court.

3. Each case consolidated into In Re Neurontin is thereafter STAYED, with the exception of the automatic discovery contemplated by the Federal Rules of Civil Procedure. The parties shall complete this individual automatic discovery within three months of date the ORDER is docketed in the individual case.

4. All discovery and motion practice will take place only in In Re Neurontin C.A. No. 04-10981 as set forth in the Case Management Orders. The Court contemplates that this discovery and motion practice will pertain to the common matters as the individual cases are stayed. Parties must seek leave of court, with a filing in C.A. No. 04-10981, before proceeding in the individual cases.

5. At the conclusion of the consolidated proceedings in In Re Neurontin, C.A. No. 04-10981 counsel for the parties in each individual case must prepare, in paper or electronic format, depending upon the requirements of the transferor court, the applicable record of the proceedings in the case and provide that record to the Clerk's Office for transmission to the transferor court.

6. The Clerk's Office shall docket this Order in each and every case consolidated now or in the future with In Re Neurontin C.A. No. 04-10981-PBS.

/s/ Leo T. Sorokin
LEO T. SOROKIN
UNITED STATES MAGISTRATE JUDGE